

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00501-CV

Rene **CERVANTES**,
Appellant

v.

Lisa M. **CERVANTES**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013CVG001776-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The extension of time to file the court reporter's record is this date NOTED. Time is extended to October 14, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Jessica Pena
Pena-Alvarado Law Firm
1617 Chacon Street
Laredo, TX 78043

Marcel C. Notzon III
The Notzon Law Firm
415 Shiloh Dr Ste B
Laredo, TX 78045-6768

Ana Laura Alcantar
Official Court Reporter - 341st District Court
P.O. Box 6297
Laredo, TX 78042